# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANTHONIA OGBANUFE,**

Appellant/Cross-Appellee,

v.

**CHARLES BLOOM and WENDY BLOOM,**

Appellees/Cross-Appellants.

Nos. 4D21-1930 and 4D21-2004

[June 16, 2022]

Consolidated appeal and cross-appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank Castor, Judge; L.T. Case Nos. 502021CC000234XXXMB and 502020CC006701XXXMB.

Michael Costantino of New Horizons Law, P.A., Coral Springs, for appellant/cross-appellee.

Joseph Grant of Legal Aid Society of Palm Beach County, West Palm Beach, for appellees/cross-appellants.

PER CURIAM.

*Affirmed.*

KLINGENSMITH C.J., MAY and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***